STATE of Missouri, Respondent,

v.

Jerry M. WEIDE, Appellant.

Jerry M. WEIDE, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 48820, WD 50206.

Missouri Court of Appeals,
Western District.

June 13, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 1, 1995.

Application to Transfer Denied
Sept. 19, 1995.

Dennis J.C. Owens, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before HANNA, P.J., and BERREY and SPINDEN, JJ.

**ORDER**

PER CURIAM.

Jerry M. Weide appeals his conviction of possession of a Schedule II controlled substance and his life sentence as a prior and persistent drug offender and a prior and persistent offender. He also appeals the denial of his Rule 29.15 motion for postconviction relief. We affirm the judgments of conviction and denial of his Rule 29.15 motion. Because we do not discern any jurisprudential value in publishing an opinion, we issue this summary order. Rules 30.25(b) and 84.16(b).